**Order entered February 25, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01388-CV

### TARSHA HARDY, Appellant

### V.

### COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215 AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, BONNIE MATHIAS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

### ORDER

I voluntarily recuse myself from hearing any matter in the above appeal.

/s/    LESLIE OSBORNE
       JUSTICE